IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANK VIGIL, JR., ) | Civil Action No. 7:15-cv-00063 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| JOHN WALRACH, et al., ) | By: Hon. Michael F. Urbanski | |
|     Defendants. ) | United States District Judge | |

    Plaintiff Frank Virgil, Jr. was a pro se co-plaintiff in another case in this court, Canada v. Clarke, No. 7:15-cv-00065. On April 8, 2015, a magistrate judge severed Vigil from that action and directed the Clerk to set up this action in which Vigil's claims would proceed. On May 5, 2015, the United States District Judge presiding over Canada v. Clarke denied Vigil's motion for reconsideration of the severance order because "from a case management perspective, the plaintiffs' claims are most justly and effectively addressed in separate lawsuits, individualized to each plaintiff's situation . . . . [and] allowing the plaintiffs to pursue their claims in a joint case, paying only one filing fee, offends the purposes of the Prison Litigation Reform Act."

    Presently before the court is Vigil's "motion to relate" this case with Obataiye-Allah v. Clarke, No. 7:14-cv-00566, which was voluntarily dismissed in December 2014, and Canada v. Clarke. In light of the record of the relevant cases, I find no valid basis to grant Plaintiff's "motion to relate," and it is **DENIED**.

    The Clerk shall send a copy of this Order to Plaintiff.

    Entered: May 8, 2015

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge