CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 09 2015

JULIA C. DOOLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANK VIGIL, JR., <br>     Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00063 |
| v. | ) <br> ) | **ORDER** |
| JOHN WALRACH, et al., <br>     Defendants. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski <br>       United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion for a preliminary injunction is **DENIED**.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This ___9/2___ day of ~~August~~ September, 2015.

/s/ Michael F. Urbanski
United States District Judge