CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 10 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRANK VIGIL, JR., <br>     Plaintiff, | Civil Action No. 7:15-cv-00063 |
| v. | **FINAL ORDER** |
| JOHN WALRACH, et al., <br>     Defendants. | By:   Hon. Michael F. Urbanski <br>        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motion for sanctions is **DENIED**; the defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This ___10th___ day of December, 2015.

/s/ Michael F. Urbanski
United States District Judge